UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Dennis A. Folkerts and Janet L. Folkerts<br>    Plaintiffs,<br><br>vs.<br><br>Seterus, Inc.<br><br>    Defendants. | )<br>)<br>)<br>)    Case No.    17-cv-4171<br>)<br>)<br>)<br>)<br>) |

## **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to FRCP 56, Plaintiffs, DENNIS A. FOLKERTS and JANET L. FOLKERTS ("Folkerts"), by their undersigned counsel, respectfully moves this Court for summary judgment in their favor and against Defendant Seterus, Inc.

The grounds for this Motion are that there is no question of material fact that Plaintiffs are entitled to judgment in their favor and against Defendant on each of the claims pled in their Complaint. This Motion is based on the attached Memorandum of Points and Authorities, Plaintiffs' Local Rule 56.1 Statement of Material Undisputed Facts as well as any other documents filed and served concurrently herewith, all papers and pleadings on file, and on such further oral and documentary evidence that may be offered at the Motion hearing.

WHEREFORE, Plaintiffs, DENNIS A. FOLKERTS and JANET L. FOLKERTS ("Folkerts"), hereby move this Honorable Court to grant judgment in their favor and against Defendant, Seterus, Inc., and for any other relief this Honorable Court deems just.

Dated: May 16, 2018

Respectfully Submitted,

**FRANKFORT LAW GROUP**

By: /s/ Julia Topik Laws
Julia Topik Laws, 6307189
Thomas W. Toolis
Jacqueline Diane Opyd
10075 West Lincoln Highway
Frankfort, IL 60423
Ph: 708-349-9333
jtl@jtlawllc.com
twt@jtlawllc.com
jdo@jtlawllc.com

*Counsel for Plaintiffs Dennis and Janet Folkerts*