UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENNIS A. FOLKERTS and<br>JANET L. FOLKERTS,<br><br>    Plaintiffs,<br><br> v.<br><br>SETERUS, INC.,<br><br>    Defendants. | Case No. 1:17-cv-04171<br><br>Honorable John Z. Lee<br>Judge Presiding |

**SETERUS'S COMBINED CROSS-MOTION FOR SUMMARY JUDGMENT AND RESPONSE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Defendant Seterus, Inc. ("Seterus"), by its attorneys, pursuant to Federal Rule of Civil Procedure 56, submits this Combined Cross-Motion for Summary Judgment as to Dennis A. Folkerts' and Janet L. Folkerts' (collectively, "Plaintiffs") First Amended Complaint ("FAC") and Response to Plaintiffs' Motion for Summary Judgment.

1. Contemporaneously with the filing of this Motion, the Seterus filed a Memorandum in Support of its Cross-Motion for Summary Judgment and Response to Plaintiffs' Motion for Summary Judgment.

2. Contemporaneously with the filing of this Motion, Seterus also filed a Statement of Material Facts pursuant to Local Rule 56.1.

3. For the reasons explained in detail in the Memorandum in Support for Summary Judgment, which is incorporated herein, Seterus is entitled to summary judgment in its favor and against Plaintiffs as to Plaintiffs' FAC.

WHEREFORE, Seterus request that this Court grant summary judgment in its favor and against Dennis A. Folkerts and Janet L. Folkerts on all claims pursuant to Federal Rule of Civil Procedure 56, and that this Court provide such further and additional relief as it deems just and

appropriate.

Date: June 20, 2018 Respectfully submitted,

**SETERUS, INC.,**

Ernest P. Wagner
Jeffrey T. Karek
MAURICE WUTSCHER LLP
105 W. Madison Street, 18th Floor
Chicago, Illinois 60602
Tel. (312) 416-6170     By:     /s/ Jeffrey T. Karek
Fax (312) 284-4751             One of its Attorneys

**Certificate of Service**

    Jeffrey T. Karek, an attorney, certifies that on **June 20, 2018**, he caused the service of a true and correct copy of this Motion for Summary Judgment and any referenced exhibits via ECF on all parties who are filing users.

    /s/ Jeffrey T. Karek