UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DENNIS A. FOLKERTS and <br> JANET L. FOLKERTS, <br><br> Plaintiffs, <br><br> v. <br><br> SETERUS, INC., <br><br> Defendants. | ) <br> ) <br> ) Case No. 17-cv-04171 <br> ) <br> ) <br> ) <br> ) <br> ) Honorable John Z. Lee <br> ) <br> ) <br> ) |

## MOTION FOR ATTORNEY FEES AND COSTS

TO: Ernest Wagner
MAURICE WUTSCHER LLP
105 W. Madison Street, 18th Floor
Chicago, Illinois 60602
Fax (312) 284-4751

The Plaintiffs hereby move the Court as follows:

1. For an order granting payment of Plaintiffs' attorney's fees and costs to counsel in the amount of $79,147.76, incurred in this matter as more fully described in the motion papers filed herein.

2. For an order that Defendants to shall pay to Plaintiffs' counsel the total of $79,147.76, no later than April 30, 2019.

**WHEREFORE** Plaintiffs respectfully request that this Honorable Court grant Plaintiffs' Motion for Attorney's Fees and Costs in the amount of $79,147.76, in favor of the Plaintiffs and against the Defendants.

1

Dated: March 26, 2019 Respectfully submitted,

**Frankfort Law Group.**

By: */s/Thomas W. Toolis*
Thomas W. Toolis , Esq.
Attorney I.D.#6270743
10075 West Lincoln Highway
Frankfort, Illinois 60423
708-349-9333
twt@jtlawllc.com

**ATTORNEYS FOR PLAINTIFFS**